UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JESS KNOLL,

                    Plaintiff,                          Case No. 1:22-cv-11379

v.                                             Honorable Thomas L. Ludington
                                             United States District Judge

FARM SHOW PUBLISHING, INC.,

                    Defendant.

_____/

**ORDER DIRECTING DEFENDANT TO SHOW CAUSE WHY LOCAL RULE 83.20(f) SHOULD NOT BE ENFORCED**

This is a putative class action brought for alleged violations of Michigan's Preservation of Personal Privacy Act. ECF No. 1. On July 12, 2022, Attorney Michael S. Poncin filed an appearance on behalf of Defendant. ECF No. 10.

Local Rule 83.20(f)(1) provides that:

> A member of the bar of this court who appears as attorney of record in the district court and is not an active member of the State Bar of Michigan must specify as local counsel a member of the bar of this court with an office in the district. Local counsel must enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. On application, the court may relieve an attorney who is not an active member of the State Bar of Michigan of the obligation to specify local counsel

E.D. Mich. LR 83.20(f)(1).

Mr. Poncin is not a member of the State Bar of Michigan, and he has not applied for relief from Local Rule 83.20(f)(1). For these reasons, Defendant will be directed to show cause why Local Rule 83.20(f) should not be enforced.

Accordingly, it is **ORDERED** that Defendant is **DIRECTED** to show cause in writing **on or before July 27, 2022**, why Local Rule 83.20(f) should not be enforced.

Dated: July 18, 2022                    s/Thomas L. Ludington
                                        THOMAS L. LUDINGTON
                                        United States District Judge