## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

JESS KNOLL, individually and on behalf
of all others similarly situated,

                        Plaintiffs,

      v.

FARM SHOW PUBLISHING, INC.,

                     Defendant.

Case No.: 1:22-cv-11379-TLL-PTM

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jess Knoll hereby dismisses with prejudice all claims against Defendant Farm Show Publishing, Inc.

Dated:  New York, New York
        January 25, 2023

**BURSOR & FISHER, P.A**

By: _/s/ Philip L. Fraietta_
       Philip L. Fraietta

Philip L. Fraietta (P85228)
888 Seventh Avenue
New York, NY  10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
Email:  pfraietta@bursor.com
*Attorney for Plaintiff*

**MOSS & BARNETT**

By: _/s/Michael S. Poncin_
     Michael S. Poncin

Michael S. Poncin
150 South Fifth Street, Suite 1200
Minneapolis, MN  55402
Telephone: (612)-877-5000
Facsimile:  (612) 877-5999
Email:  mike.poncin@lawmoss.com
*Attorney for Defendant*